# Court of Appeals
# of the State of Georgia

ATLANTA,  July 26, 2012

*The Court of Appeals hereby passes the following order:*

## A12D0451.  DANIELLE MARIE LAWSON v. MATTHEW TIMOTHY LAWSON.

Danielle and Matthew Lawson divorced in 2010.  Danielle filed a "Complaint for Contempt of Visitation Order," seeking clarification and modification of the divorce decree's provisions as to child custody and visitation.  On April 30, 2012, the court entered a "Final Custody Order."  Danielle then filed this application for discretionary appeal.[1]

Danielle's attorney, Rosemary G. Florence, is licensed to practice law in the State of Pennsylvania and the District of Columbia, but she is not admitted to practice before this Court.  Before an attorney is permitted to file a document in this Court, including having a discretionary application docketed with the Clerk of Court, the attorney must first either be admitted to practice before this Court or move for appearance by courtesy.  See Court of Appeals Rule 9 (c).  To this end, attorney Florence has filed a motion for courtesy appearance.  This motion is hereby GRANTED and the application is accordingly accepted for docketing.

As to the application, OCGA § 5-6-34 (a) (11) provides that "[a]ll judgments or orders in child custody cases including, but not limited to, awarding or refusing to change child custody or holding or declining to hold persons in contempt of such child custody judgment or orders" are now directly appealable. See also *Moore v. Moore-McKinney*, 297 Ga. App. 703, 704-05 (1) (678 SE2d 152) (2009); OCGA

---

[1] Applicant filed her application in the Supreme Court, which transferred the matter here.

§ 19-9-41 (4) (defining "child custody proceeding" as "a proceeding in which legal custody, physical custody, or visitation with respect to a child is in issue.").

This Court will grant an otherwise timely discretionary application if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, Danielle Lawson's application is GRANTED. She shall have ten days from the date of this order to file a notice of appeal with the trial court, if she has not already done so. See OCGA § 5-6-35 (g). The clerk of the trial court is directed to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 07/26/2012
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 , *Clerk.*